MULROONEY, Appellant, v. BILLINGS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Thomas Mulrooney against Charles H. Billings and another. No opinion. Judgment affirmed, with costs.

MULVANY, Appellant, v. CHAPTER GENERAL OF AMERICA, KNIGHTS OF ST. JOHN AND MALTA, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by John J. Mulvany against the Chapter General of America, Knights of St. John and Malta. No opinion. Judgment and order affirmed, with costs.

MURPHY v. LEVY. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by James P. Murphy against Solomon Levy. No opinion. Motion for stay denied. Settle order on notice.

MURPHY v. LEVY. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by James P. Murphy against Solomon Levy. No opinion. Application denied, with $10 costs. Order signed.

MURPHY, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Daniel J. Murphy against the Prudential Insurance Company of America.
PER CURIAM. Judgment affirmed, with costs.
CHESTER and KELLOGG, JJ., dissent.

MUSHAW, Respondent, v. CITY OF AMSTERDAM, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Anthony Mushaw against the City of Amsterdam. No opinion. Judgment and order of the County Court unanimously affirmed, with costs.

NASH et al., Respondents, v. THOUSAND ISLAND STEAMBOAT CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Philip I. Nash and another against the Thousand Island Steamboat Company and another. No opinion. Judgment and order affirmed, with costs, upon the opinion of this court on former appeal in same case, reported at 123 App. Div. 148, 108 N. Y. Supp. 336.

NATIONAL BANK OF GLENS FALLS, Respondent, v. W. F. BURNS CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the National Bank of Glens Falls against the W. F. Burns Company. No opinion. Judgment unanimously affirmed, with costs.

NATURAL CARBONIC GAS CO., Respondent, v. WALSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by the Natural Carbonic Gas Company against Mary E. Walsh.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SPRING, J., dissents.

NEW HARTFORD COTTON MFG. CO., Respondent, v. LOWENSTEIN et al., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by the New Hartford Cotton Manufacturing Company against Morris Lowenstein and others. No opinion. Judgment and order affirmed, with costs.

NEW YORK AIR BRAKE CO., Appellant, v. INTERNATIONAL STEAM PUMP CO., Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by the New York Air Brake Company against the International Steam Pump Company. E. T. Rice, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment (120 N. Y. Supp. 683) affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

NEW YORK CEMENT CO., Respondent, v. NATIONAL FIRE INS. CO. OF HARTFORD, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the New York Cement Company against the National Fire Insurance Company of Hartford. No opinion. Judgment and order unanimously affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. WILLIAMS, Com'r, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the New York Central & Hudson River Railroad Company against John Williams, as Commissioner of Labor of the State of New York.
PER CURIAM. Judgment (64 Misc. Rep. 15, 118 N. Y. Supp. 785) affirmed, with costs.
KELLOGG and SEWELL, JJ., dissent.

NICHOLLS, Appellant, v. NICHOLLS, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Elizabeth J. Nicholls against Mark M. Nicholls. F. Bien, for appellant. O. Powell, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs; the allegations in the complaint being sufficiently specific. Order filed.

NORTHERN BANK OF NEW YORK, Respondent, v. FITZGERALD BRICK CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by the Northern Bank of New York against the Fitzgerald Brick Company, impleaded with others. No opinion. Motion denied. See, also, 119 N. Y. Supp. 1137.

NORTHRUP, Respondent, v. WHEELER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.)